

# Missouri Court of Appeals
## Southern District

**MAY 19, 2016**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16.

1.  SD34214  IN THE INTEREST OF:  A.R.T., Minor.
GREENE COUNTY JUVENILE OFFICE, Petitioner-Respondent
vs.
A.M.R., Respondent-Appellant